IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:02cr13-LHT-6 |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| HENSON JEAN | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment as to the captioned Defendant without prejudice.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the indictment herein is **DISMISSED WITHOUT PREJUDICE** as to the Defendant Henson Jean only.

The Clerk shall transmit this Order electronically to the United States Attorney, the United States Marshal, and the United States Probation Office.

Signed: August 14, 2007

Lacy H. Thornburg
United States District Judge